UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN SAFETY CASUALTY INSURANCE
COMPANY

13-CV-2825 (JGK)

-against-

**NOTICE OF APPEARANCE**

WALTER GERASIMOWICZ and MEDITRON
REAL ESTATE PARTNERS, L.L.C.

Please take notice that I, Walter V. Gerasimowicz, a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: New York, NY
       September 3rd, 2013

_____
641 Lexington Avenue Suite 6000
New York, NY  10022
917-873-1739

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2013